Paul M. Storment, III, Belleville, IL, for Defendant–Appellee.

Before ROVNER, EVANS, and SYKES, Circuit Judges.

### ORDER

On limited remand under *United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005), the district judge concluded that knowledge about the advisory status of the sentencing guidelines would not have affected his decision. Defendant Baker was offered the opportunity to respond before we finally resolve the appeal, and she has chosen not to do so. Her 78–month sentence does not appear to be unreasonable and is therefore AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick GARDNER, Defendant–
Appellant.**

No. 04–1826.

United States Court of Appeals,
Seventh Circuit.

Aug. 30, 2005.

James P. Fleissner, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Gerald J. Collins, Chicago, IL, for Defendant–Appellant.

Before FAIRCHILD, POSNER, and KANNE, Circuit Judges.

### ORDER

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir.2005), the district court concluded that "it would have imposed a different sentence had it known the guidelines were merely advisory." The parties filed memoranda in response to our written invitation and agree that Gardner's sentence should be vacated and the case remanded for resentencing. Accordingly, we VACATE Gardner's sentence and REMAND for resentencing in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).